IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV

2005 MAY 18 P 3: 22

CLERK
S

KEVIN LAMAR STEPHENSON,

    Plaintiff,

vs.

Dr. DEGROOT; Dr. VICKEY McNATT;
LISA WARNOCK, and KAREN RICE,

    Defendants.

CIVIL ACTION NO.: CV604-098

## ORDER

Plaintiff filed a "Petition for Copy of Georgia D.O.C. Records." (Doc. 74.) Plaintiff seeks an Order directing non-party "Department of Corrections" to produce numerous documents including, inter alia, all of his medical records. Defendants have filed a response to the motion. Plaintiff's "petition" is **DISMISSED**. His request for the production of documents is best directed to the Defendants and not filed with the Court.

**SO ORDERED**, this 18th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

STEPHENSON )

vs )   CASE NUMBER  CV604-98

DEGROOT, ET AL )   DIVISION  STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/18/05, which is part of the official record of this case.

Date of Mailing: 5/18/05

Date of Certificate  ☒ same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Kevin Stephenson, 850775, Georgia State Prison, 2164 GA Hwy 147, Reidsville, GA 30453

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate