# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 25 A II: 12

CLERK



KEVIN LAMAR STEPHENSON,      :

      Plaintiff,      :

      vs.      :      CIVIL ACTION NO.: CV604-098

Dr. DEGROOT; Dr. VICKEY McNATT;      :
LISA WARNOCK, and KAREN RICE,      :

      Defendants.      :

## O R D E R

    Plaintiff has filed a Motion to Compel Discovery asserting that various Defendants have not responded to discovery served upon them. (Doc. 81.) Defendants have filed a response to Plaintiff's motion. For the reasons stated in said response, Plaintiff's Motion to Compel Discovery is **DENIED** at this time.

    **SO ORDERED**, this _25th_ day of July, 2005.

              JAMES E. GRAHAM
              UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

STEPHENSON

)

vs                                    )          CASE NUMBER  CV604-98

DEGROOT, ET AL                        )          DIVISION      STATESBORO

)

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.  Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.  That the aforementioned enveloped contained a copy of the document dated 7/25/05 _____, which is part of the official record of this case.

Date of Mailing:        7/25/05

Date of Certificate     ☒ same date,      or  _____

Scott L. Poff,  Clerk

By: *Sherry Taylor*

Sherry Taylor, Deputy Clerk

Name and Address

Deana Simon-Johnson
Kevin Stephenson, 850775, Georgia State Prison, 2164 GA Hwy 147, Reidsville, GA 30453

☐  Copy placed in Minutes
☐  Copy given to Judge
☒  Copy given to Magistrate