FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KEVIN LAMAR STEPHENSON,

Plaintiff,

vs. CIVIL ACTION NO.: CV604-098

Dr. DEGROOT; Dr. VICKEY McNATT; LISA WARNOCK, and KAREN RICE,

Defendants.

**ORDER**

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Objections have been filed. In his Objections, Plaintiff claims to have been misled by the Georgia Department of Corrections grievance procedures. Plaintiff alleges that the Magistrate Judge's Report and Recommendation expressed prejudice toward him. Plaintiff also alleges Defendants' statement regarding his confinement at Georgia State Prison for medical reasons is a "lie on the part of the Defendants." (Doc. No. 97, p. 2.)

Plaintiff fails to provide any evidence supporting his Objections. As the Magistrate Judge noted in his Report, Georgia Department of Corrections has adopted a grievance procedure. Plaintiff did not exhaust his administrative remedies prior to filing this suit as he filed his grievance approximately one month *after* filing his complaint with this Court. In addition, Plaintiff's grievance was solely against Defendants Degroot and Warnock. (Confidential Detainee Grievance attached to Doc. No. 68.) Plaintiff did not address

Defendants McNatt and Rice in this grievance. (Id.) Further, Plaintiff offers no evidence of prejudice by the Magistrate Judge or "lies" by the Defendants.

Defendant McNatt objects to the Magistrate Judge's Report and Recommendation because it does not address her Motion to Dismiss. Defendant McNatt submitted a Motion to Dismiss (Doc. No. 87) on July 18, 2005, several months after co-Defendants Degroot, Rice, and Warnock filed their Motion to Dismiss (Doc. No. 68). Defendant McNatt's Motion to Dismiss will be reviewed during the normal course of the Court's business.

Plaintiff's Objections (Doc. No. 98) are without merit. Defendant McNatt's Objection (Doc. No. 99) is also without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Motion to Dismiss filed by Defendants Degroot, Rice, and Warnock (Doc. No. 68) is **GRANTED**. Plaintiff's claims against these are **DISMISSED,** without prejudice, due to Plaintiff's failure to exhaust his administrative remedies prior to filing his complaint.

**SO ORDERED** this 29 day of August, 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA



AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

Kevin L. Stephenson )

vs ) CASE NUMBER CV604-098

Dr. Degroot, et al. ) DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/30/05, which is part of the official record of this case.

Date of Mailing: 8/30/05

Date of Certificate [X] same date, or ______

Scott L. Poff, Clerk

By: [signature]
Deputy Clerk

Name and Address

Deana L. Simon-Johnson, Cruser & Mitchell, LLP, Peachtree Ridge, 3500 Parkway Lane, STE 750, Norcross, GA 30092
Kevin Stephenson, 850775, Georgia State Prison, 2164 GA HWY 147, Reidsville, GA 30453

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate