IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JAN -3 PM 1: 07

CLERK _____
SO. DIST. OF GA.

KEVIN LAMAR STEPHENSON,

    Plaintiff,

vs.

Dr. VICKEY McNATT,

    Defendant.

CIVIL ACTION NO.: CV604-098

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 42 U.S.C.A. § 1983 and 28 U.S.C.A. § 1915, due to Plaintiff's failure to exhaust his administrative remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 3 day of Jan., 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)